ORIGINAL

FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

MAR 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| IN RE PETITION OF ALICIA KELLY FOR LEAVE TO SIT FOR THE JULY 2020 MONTANA BAR EXAMINATION | ) ) )     O R D E R |

Alicia Kelly has petitioned for waiver of Rule I.C.1 of the Rules of Admission to the State Bar of Montana, which provides that a student applicant to take the bar examination "must have a Juris Doctor" degree at the time of the examination. Kelly will complete the requirements for a Juris Doctorate from the Alexander Blewitt III School of Law at the University of Montana on May 29, 2020, but her degree will not actually be awarded by the University until August 14, 2020, about two weeks after the examination. In her efforts to complete her degree requirements, Kelly was restricted by the limitation on the number of credits that students may take in a semester. Having to wait until the February 2021 administration of the examination would cause undue hardship for Kelly.

Rule VII.A. of the Rules of Admission provides that this Court "may, under circumstances it deems sufficient, waive any requirement under these rules." Upon review of the petition, we conclude that the circumstances presented, particularly, Kelly's completion of all requirements for a Juris Doctorate prior to the examination, are sufficient to justify waiver of the degree requirement so that Kelly may sit for the July 2020 Montana Bar Examination. Therefore,

IT IS HEREBY ORDERED that the petition of Alicia Kelly for waiver of Rule I.C.1 of the Rules of Admission to the State Bar of Montana, requiring a student applicant to have a Juris Doctor degree at the time of examination, is GRANTED for purposes of the July 2020 administration of the Montana Bar Examination.

Copies of this order shall be provided to the Petitioner and to the State Bar of Montana.

DATED this 17 day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices